FILE COPY

## *11th Court of Appeals Mandate*

<u>**THE STATE OF TEXAS**</u>

**TO THE COUNTY COURT AT LAW NO. 2 OF ECTOR COUNTY, GREETINGS:**

BEFORE our Court of Appeals for the Eleventh District of Texas, on March 28, 2017, the cause upon appeal to revise or reverse your judgment between

In the interest of R.S. and J.S., children

11th Court of Appeals No. 11-16-00291-CV and
County Court at Law No. 2 Case No. CC2-3459-PC

was determined; and therein our said Court made its order in these words:

*"This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed."*

**WHEREFORE WE COMMAND YOU** To observe the order of our said Court of

Appeals for the Eleventh District of Texas, in this behalf, and in all things to have it duly

recognized, obeyed and executed.



WITNESS, the HON. JIM R. WRIGHT, Chief Justice of our said Court, with the seal thereof annexed at the City of Eastland, on June 7, 2017.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**

By: Myrna McGough, Deputy